BEFORE THE SECOND DIVISION, OCTOBER 6, 1948

**No. 52580.**—Gimbel Bros., Inc., et al. *v.* United States, protests 38902–K, etc. (Philadelphia, Pittsburgh, and St. Louis).

Opinion by LAWRENCE, J. The protests were dismissed.